## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BYRON BREEZE, JR., *individually*, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * Civil Action No. 1:21-cv-00693-JEB |
| | * |
| GREEN ZONE, LLC | * |
| d/b/a The Green Zone, | * |
| *a District of Columbia limited liability company*, | * |
| RICHARD S. GATTI, JR., *individually*, and | * |
| EILEEN J. GATTI, *individually*, | * |
| | * |
| Defendants. | * |

### STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff BYRON BREEZE, JR. ("Plaintiff") and Defendants GREEN ZONE, LLC, RICHARD S. GATTI, JR., and EILEEN J. GATTI, ("Defendants"), through their undersigned respective counsel, that the above-entitled action be, and the same hereby is, dismissed with prejudice, with each party to bear its own attorneys' fees and costs, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated: May 25, 2021

| | |
|---|---|
| BASHIAN & PAPANTONIOU, P.C. | KALBIAN HAGERTY, LLP |
| By: *[signature]* | By: *[signature]* |
| Erik M. Bashian, Esq. | D. Michelle Douglas, Esq. |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |
| 500 Old Country Road, Suite 302 | 888 17th Street, NW, Suite 1200 |
| Garden City, NY 11530 | Washington, DC 20006 |
| Email: eb@bashpaplaw.com | Email: mdouglas@kalbianhagerty.com |
| (516) 279-1554 | (202) 223-5600 |

84016v1                                              83737v2